LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY SMITH**, | Case No. 2:15-cv-00010-DSF-JPR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.**, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 17th day of June, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 17th day of June, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dale S. Fischer
United States District Court
Central District of California


Peter J Caltagirone
Solomon Ward Seidenwurm and Smith LLP

Thomas F Landers , Jr
Solomon Ward Seidenwurm & Smith LLP


This 17th day of June, 2015.

s/Todd M. Friedman
Todd M. Friedman